FILE COPY

*I, CATHY S. LUSK, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Brad Leslie Justice, Plaintiff in the trial court secured an extension of forty-six (46) days in which to file Appellee's Brief in the following numbered and entitled cause:

**In the Matter of the Marriage of Brad Leslie Justice and Rebecca Arlene Justice and In the Interest of Morgan Michelle Carolann Justice and Brandon Wade Justice, children**

**No. 12-13-00171-CV**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 9th day of January 2015, A.D.

Respectfully yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk